## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:09cv42

| | | |
|---|---|---|
| **ARTHUR SNOZNIK; and BETSY SNOZNIK,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **Vs.** | ) ) | **ORDER** |
| **JELD-WEN, INC.,** | ) ) | |
| **Defendant.** | ) ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the joint Motion for Initial Attorney Conference. Having considered the motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion for Initial Attorney Conference (#14) is **GRANTED,** and an Initial Pretrial Conference ("IPC") is calendared for April 1, 2009, at 11 a.m.

Signed: March 30, 2009

Dennis L. Howell
United States Magistrate Judge