# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09cv42

| | |
|---|---|
| ARTHUR SNOZNIK; and BETSY SNOZNIK, ) ) ) | |
| Plaintiffs, ) ) | |
| Vs. ) ) | ORDER |
| JELD-WEN, INC., ) ) | |
| Defendant. ) ) | |

**THIS MATTER** is before the court on the joint Motion for Peremptory Setting (#20). For cause, the parties show that out-of-state witnesses will be called and that Mr. Snoznik's medical needs will require a date certain for trial. While this court will make every reasonable accommodation possible, the motion is premature in that trial is not scheduled to commence until March 2010 - - what criminal cases will be on that mixed term have not been determined as the indictments will likely come in January 2010. The motion will be denied at this time, and the parties can file a new motion closer in time to trial, such as the end of January 2010, which will allow coordination of travel.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion for Peremptory Setting (#20) is **DENIED** without prejudice.

Signed: May 14, 2009

_____
Dennis L. Howell
United States Magistrate Judge