# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09 CV 42

| | |
|---|---|
| ARTHUR SNOZNIK and BETSY SNOZNIK, ) ) ) | |
| Plaintiffs ) ) | |
| V ) ) | **ORDER** |
| JELD-WEN, INC., ) ) ) | |
| Defendant ) | |

**THIS MATTER** is before the court on William H. Sturges' Application for Admission to Practice *Pro Hac Vice* of Stephen G. Morrison. It appearing that Stephen G. Morrison is a member in good standing with the South Carolina Bar and will be appearing with William H. Sturges, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that William H. Sturges' Application for Admission to Practice *Pro Hac Vice* (#80) of Stephen G. Morrison is **GRANTED**, and that Stephen g. Morrison is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with William H. Sturges.

Signed: February 16, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge