# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL CASE NO. 1:09cv42

| | |
|---|---|
| ARTHUR SNOZNIK and BETSY SNOZNIK, ) ) ) Plaintiffs, ) ) vs. ) ) JELD-WEN, INC., ) ) Defendant. ) ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to continue the trial of this matter.

This case is currently scheduled for trial during the Court's March 8, 2010 trial term. The parties have filed various Daubert motions, and a hearing on these motions has been scheduled for March 15, 2010. As such, the Court concludes that the trial date must be continued.

**IT IS, THEREFORE, ORDERED** that the trial of this matter is hereby **CONTINUED** to the first civil term beginning on or after September 13, 2010.

**IT IS SO ORDERED**.

Signed: March 9, 2010

Martin Reidinger
United States District Judge