IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:09cv42

ARTHUR SNOZNIK and )
BETSY SNOZNIK, )
 )
      Plaintiffs, )
 )
  vs. )
 )
JELD-WEN, INC., )
 )
      Defendant. )
 )

## J U D G M E N T

For the reasons set forth in the Memorandum of Decision and Order filed herewith,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

(1) Defendant's Motion to Exclude Expert Testimony of Bryan Durig [Doc. 45] is **GRANTED**; (2) Defendant's Motion to Exclude Expert Testimony of Ruston Hunt [Doc. 46] is **GRANTED**; (3) Plaintiffs' Motion to Exclude Expert Testimony [Doc. 50] is **DENIED AS MOOT**; (4) Defendant's Motion to Strike Affidavits of Dr. Durig and Dr. Hunt [Doc. 66] is **GRANTED**; (5) Defendant's Motion to Strike Arthur Snoznik's Affidavit [Doc. 67] is **GRANTED IN PART** and **DENIED IN PART**; and (6) Defendant's Motion

for Summary Judgment [Doc. 51] is **GRANTED**. Judgment is hereby entered in favor of the Defendant Jeld-Wen, Inc. This case is hereby **DISMISSED**.

    **IT IS SO ORDERED.**

Signed: May 12, 2010

Martin Reidinger
United States District Judge